UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

Commodities Future Trading ,    CASE NO. 06cv20979 CIV JORDAN

    Plaintiff(s),

v.

**First International**

    Defendant(s).
_____/

FILED by _____ D.C.
Jul 7, 2006
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **First International,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against defendant(s) First International,  as of course, on this date July 7, 2006.

                      **CLARENCE MADDOX**
                      CLERK OF COURT

                      By: _____
                           Katie Brophy
                           Deputy Clerk

cc:  Hon. Adalberto Jordan

**27**